# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**COREY PERKINS,**
**ADC #112808**                                                                                   **PLAINTIFF**

v.                          CASE NO. 1:15CV00108 BSM/JTR

**D. FOSTER, Sergeant,**
**North Central Unit, ADC**                                                                 **DEFENDANT**

## JUDGMENT

Consistent with the order entered separately today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 24th day of November 2015.

_____
UNITED STATES DISTRICT JUDGE